IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

| DATE: February 13, 2006 | CASE NAME: USA v EDDIE WAYNE ADAMS |
|---|---|
| CASE NO. : 05-40060-01-JPG | |
| DOCUMENT NO.: 23 | DOCUMENT TITLE: Sentencing Memorandum |

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing
- ☒ Other: Document should have been sealed

### ACTION TAKEN BY CLERK'S OFFICE

- ☐ Docket entry "STRICKEN" as ordered by the Court
- ☐ Docket entry corrected
- ☒ Other: Document deleted and placed in Benton vault

### ACTION REQUIRED BY FILER

- ☐ Document must be re-filed
- ☐ Amended document must be filed and re-noticed, if applicable
- ☐ No further action required by the filer
- ☐ Other:

Norbert G. Jaworski
Clerk of Court

By: s/Donna Stull, Deputy Clerk